**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 14, 2013

Mr. Orlando L. Blanco
Mr. Derek S. Wilczynski
Blanco Wilczynski
2095 E. Big Beaver Road, Suite 400
Troy, MI 48083

Mr. Joseph T. Froehlich
Office of the Michigan Attorney General
525 W. Ottawa Street
Lansing, MI 48909

Mr. D. Randall Gilmer
Mr. G. Gus Morris
McGraw Morris
2075 W. Big Beaver Road, Suite 750
Troy, MI 48084

Ms. Cynthia L. Reach
106 N. Fourth Avenue, Suite 100
Ann Arbor, MI 48104

Mr. J. Michael Southerland
944 S. Main Street
Plymouth, MI 48170

Re:  Case No. 11-1998, *Susan Stricker, et al v. Cambridge, Township of, et al*
Originating Case No. : 2:10-CV-14424

Dear Counsel,

The court today announced its decision in the above-styled case.

Case: 11-1996 Document: 006111557959 Filed: 01/14/2013 Page: 2

    Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                       Yours very truly,

                                       Deborah S. Hunt, Clerk

                                       Cathryn Lovely
                                       Deputy Clerk

cc:  Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 11-1998

SUSAN STRICKER; KEVIN STRICKER;
ANDREW STRICKER; JACQUELINE STRICKER,
      Plaintiffs - Appellants,

    v.

TOWNSHIP OF CAMBRIDGE, et al.,
      Defendants - Appellees.

```
┌─────────────────────────────┐
│           FILED             │
│        Jan 14, 2013         │
│   DEBORAH S. HUNT, Clerk    │
└─────────────────────────────┘
```

Before: KEITH, MARTIN, and ROGERS, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

_____
Deborah S. Hunt, Clerk